UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
In Re:    Samuel T. Woods &      :
Nora Lee Woods, Debtors          :      Bankruptcy No. 13-24806-CMB
                                 :      Chapter 13
                                 :
Samuel T. Woods, Movant          :
Vs.                              :      Hrg: 12/19/2018 @ 11 am
Nationstar Mortgage,             :
          Respondent             :
```

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO COMPEL ISSUANCE OF FINAL  LOAN MODIFICATION AGREEMENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Compel Final Issuance of Mortgage Modification Agreement filed on November 20, 2018 has been received.  The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than December 7, 2018.  It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: December 12, 2018            /s/Shawn N. Wright
                                    Shawn N. Wright, Esquire
                                    Counsel for Debtors
                                    7240 McKnight Road
                                    Pittsburgh, PA 15237
                                    (412) 920-6565;   PA--#64103
                                    shawn@shawnwrightlaw.com