UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Samuel T. Woods & Nora Lee Woods, Debtors | Bankruptcy No. 13-24806-CMB Chapter 13 |
| Samuel T. Woods, Movant Vs. Nationstar Mortgage, Respondent | Related to Doc. No. 54 **ENTERED BY DEFAULT** |

### ORDER OF COURT

**AND NOW**, this 14th day of December, 2018, for the foregoing reasons it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) Respondent, Nationstar Mortgage shall issue a final modification agreement within thirty (30) days of this Order;

(2) Once a Final Modification is reached between the Parties, Counsel for Debtors shall immediately file a Motion to Authorize the Loan Modification in compliance with W.PA.LBR 9020-6(d).

CHIEF U.S. BANKRUPTCY JUDGE

Case administrator to serve:
  Debtor(s)
  Counsel for Debtor(s)
  (Counsel for Creditor)
  Ronda J. Winnecour, Esq. Ch. 13 Trustee

FILED
12/14/18 2:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA