UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
In Re:     Samuel T. Woods &         :
Nora Lee Woods, Debtors              :    Bankruptcy No. 13-24806-CMB
                                     :    Chapter 13
                                     :
Samuel T. Woods, Movant              :    Related to Doc. No. 54
Vs.                                  :
Nationstar Mortgage,                 :
              Respondent             :    ENTERED BY DEFAULT
```

### ORDER OF COURT

**AND NOW**, this __14th__ **day of** __December__, 20__18__, for the foregoing reasons it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) Respondent, Nationstar Mortgage shall issue a final modification agreement within thirty (30) days of this Order;

(2) Once a Final Modification is reached between the Parties, Counsel for Debtors shall immediately file a Motion to Authorize the Loan Modification in compliance with W.PA.LBR 9020-6(d).

_____
CHIEF U.S. BANKRUPTCY JUDGE

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    (Counsel for Creditor)
    Ronda J. Winnecour, Esq. Ch. 13 Trustee

FILED
12/14/18 2:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 13-24806-CMB
Samuel T. Woods                                                  Chapter 13
Nora Lee Woods
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 2            Date Rcvd: Dec 14, 2018
                              Form ID: pdf900        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
db/jdb         +Samuel T. Woods,    Nora Lee Woods,    105 Church Avenue,    Pittsburgh, PA 15210-2209
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,   Irving, TX  75063)
cr             +The Bank of New York Mellon,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                Duluth, GA 30097-8461
13783536       +Borough of Mt. Oliver,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
13750213        C. B. Accounts, Inc.,    PO Box 56140,    Hauppauge, NY 11788-0139
13750214       +Chase,   P.O. Box 15299,    Wilmington, DE 19850-5299
14026255       +James A. Prostko, Esq.,    Phelan Hallinan LP,    Omni William Penn Place Office Tower,
                555 Grant Street, Suite 360,    Pittsburgh, PA 15219-4411
13772214       +NATIONSTAR MORTGAGE, LLC,    C/O WEINSTEIN, PINSON & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13750217        NCO Financial Systems/55,    P.O. Box 13570,    Philadelphia, PA 19101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13750212       +E-mail/Text: roy.buchholz@allianceoneinc.com Dec 15 2018 02:33:14     Alliance One,
                4850 Street Road, Suite 300,    Feasterville Trevose, PA 19053-6643
13750215       +E-mail/Text: abovay@creditmanagementcompany.com Dec 15 2018 02:34:25     Credit Management,
                2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13806168       +E-mail/Text: kburkley@bernsteinlaw.com Dec 15 2018 02:34:37     Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1908
13801222        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2018 02:41:20
                Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
                                                                                             TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Mt. Oliver
cr              Nationstar Mortgage as servicer for THE BANK OF NE
cr              THE BANK OF NEW YORK MELLON
13750216*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
14026257*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,    Attn: Jay Bray, CEO,
                350 Highland Drive,   Lewisville, TX  75067)
                                                                                   TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:
              James Warmbrodt   on behalf of Creditor   Nationstar Mortgage as servicer for THE BANK OF NEW
               YORK MELLON f/k/a THE BANK OF NEW YORK, as successor in interest to JPMorgan Chase Bank, N.A.,
               f/k/a Bank One, National Association as Trustee for C bkgroup@kmllawgroup.com
              James A. Prostko   on behalf of Creditor   Nationstar Mortgage, LLC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeffrey R. Hunt   on behalf of Creditor   Borough of Mt. Oliver jhunt@grblaw.com,
               cnoroski@grblaw.com

```
District/off: 0315-2           User: dric                 Page 2 of 2                   Date Rcvd: Dec 14, 2018
                               Form ID: pdf900            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin M Buttery    on behalf of Creditor    The Bank of New York Mellon kbuttery@rascrane.com
          Matthew Gregory Brushwood    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Shawn N. Wright    on behalf of Joint Debtor Nora Lee Woods shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
          Shawn N. Wright    on behalf of Debtor Samuel T. Woods shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com

                                                                                      TOTAL: 10