## PROCEEDING MEMO

**Date:** 03/13/2019 10:00 am

In re: Samuel T. Woods
Nora Lee Woods

Bankruptcy No. 13-24806-CMB
Chapter: 13
Doc. # 69

**Appearances:** ✓

**Movant(s):** Winnecour / Pail / Katz / DeSimone

**Respondents:** Shawn N. Wright

**Creditor(s):**

**Nature of Proceeding:** # 69 Trustee's Motion to Dismiss

**Additional Pleadings:** #75 Response by Debtors

**Judge's Notes:**

**Outcome:**

DeSimone: Debtor was to take over long term continuing debt beging in April: $273 short.
Wright: Payment was sent, apparently lost en route. Debtor has sent subsitute payments

_____ Motion is GRANTED  _____ Order entered
_____ Motion is DENIED  _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED  _____ Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED  _____ Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:   Movant(s) brief due _____ days
                            Respondent(s) brief due _____ days
                            Trustee's brief due _____ days

Continued to April 10, 2019 at 10:00 am

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
3/14/19 12:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 13-24806-CMB
Samuel T. Woods                                                 Chapter 13
Nora Lee Woods
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric               Page 1 of 1              Date Rcvd: Mar 14, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
db/jdb         +Samuel T. Woods,    Nora Lee Woods,    105 Church Avenue,    Pittsburgh, PA 15210-2209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage as servicer for THE BANK OF NEW
               YORK MELLON f/k/a THE BANK OF NEW YORK, as successor in interest to JPMorgan Chase Bank, N.A.,
               f/k/a Bank One, National Association as Trustee for C bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Mt. Oliver jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kevin M Buttery    on behalf of Creditor    The Bank of New York Mellon kbuttery@rascrane.com
              Matthew Gregory Brushwood    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Debtor Samuel T. Woods shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              Shawn N. Wright    on behalf of Joint Debtor Nora Lee Woods shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
                                                                                             TOTAL: 10