**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Samuel T. Woods**
**Nora Lee Woods**
 Debtor(s)

Bankruptcy Case No.: 13−24806−CMB
Related to Dkt. No. 81
Chapter: 13
Docket No.: 82 − 81

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this The 26th of June, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/12/19.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **9/11/19 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/12/19.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                            Case No. 13-24806-CMB
Samuel T. Woods                                                   Chapter 13
Nora Lee Woods
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                   Page 1 of 2                  Date Rcvd: Jun 26, 2019
                              Form ID: 408                 Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
db/jdb         +Samuel T. Woods,    Nora Lee Woods,    105 Church Avenue,    Pittsburgh, PA 15210-2209
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX 75063)
cr             +The Bank of New York Mellon,    RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
                Duluth, GA 30097-8461
13783536       +Borough of Mt. Oliver,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
13750213        C. B. Accounts, Inc.,    PO Box 56140,    Hauppauge, NY 11788-0139
13750214       +Chase,   P.O. Box 15299,    Wilmington, DE 19850-5299
14026255       +James A. Prostko, Esq.,    Phelan Hallinan LP,   Omni William Penn Place Office Tower,
                555 Grant Street, Suite 360,    Pittsburgh, PA 15219-4411
13772214       +NATIONSTAR MORTGAGE, LLC,    C/O WEINSTEIN, PINSON & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13750217        NCO Financial Systems/55,    P.O. Box 13570,   Philadelphia, PA 19101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13750212       +E-mail/Text: kristin.villneauve@allianceoneinc.com Jun 27 2019 03:00:47     Alliance One,
                4850 Street Road, Suite 300,    Feasterville Trevose, PA 19053-6643
13750215       +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 27 2019 03:02:18     Credit Management,
                2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13806168       +E-mail/Text: kburkley@bernsteinlaw.com Jun 27 2019 03:02:47     Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street,   Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1908
13801222        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2019 03:20:22
                Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
                                                                                              TOTAL: 4


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Mt. Oliver
cr              Nationstar Mortgage as servicer for THE BANK OF NE
cr              THE BANK OF NEW YORK MELLON
cr              THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
14971546        The Bank of New York f/k/a The Bank of New York,    Nationstar Mortgage LLC ATTN: Bankruptcy
13750216*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
14026257*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,   Attn: Jay Bray, CEO,
                350 Highland Drive,    Lewisville, TX 75067)
                                                                                TOTALS: 5, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage as servicer for THE BANK OF NEW
               YORK MELLON f/k/a THE BANK OF NEW YORK, as successor in interest to JPMorgan Chase Bank, N.A.,
               f/k/a Bank One, National Association as Trustee for C bkgroup@kmllawgroup.com
```

```
District/off: 0315-2           User: jhel               Page 2 of 2               Date Rcvd: Jun 26, 2019
                               Form ID: 408             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          James  Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as successor in interest to JPMorgan Chase Bank, N.A., f/k/a Bank One, National Association as Trustee for Centex Home Equity Loan Trust 2002-A bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Mt. Oliver jhunt@grblaw.com, cnoroski@grblaw.com
          Kevin M Buttery    on behalf of Creditor    The Bank of New York Mellon kbuttery@rascrane.com
          Matthew Gregory Brushwood    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Shawn N. Wright    on behalf of Joint Debtor Nora Lee Woods shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
          Shawn N. Wright    on behalf of Debtor Samuel T. Woods shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com

                                                                  TOTAL: 11