**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SAMUEL T. WOODS<br>NORA LEE WOODS<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>    Movant<br>      vs.<br>No Respondents. | Case No.:13-24806<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

June 25, 2019

/s/   Ronda J. Winnecour
_____
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/14/2013 and confirmed on 1/27/14 . The case was subsequently           Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 45,770.00 |
| Less Refunds to Debtor | 273.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 45,497.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 1,833.71 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,833.71 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 23,993.56 | 0.00 | 23,993.56 |
|     Acct: 7325 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7325 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 15,649.74 | 15,649.74 | 0.00 | 15,649.74 |
|     Acct: 7325 | | | | |
|   MT OLIVER BORO (SWG) | 9.99 | 9.99 | 10.00 | 19.99 |
|     Acct: XXXXXXXXXXXXX2-13 | | | | |
|   MT OLIVER BORO (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXX-INT | | | | |
| | | | | 39,663.29 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAMUEL T. WOODS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SAMUEL T. WOODS | 273.00 | 273.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7325 | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY\* | 313.56 | 0.00 | 0.00 | 0.00 |
|     Acct: 7002 | | | | |
|   ALLIANCE ONE RECEIVABLES MGMNT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CB ACCOUNTS\*\* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 5,925.77 | 0.00 | 0.00 | 0.00 |
|     Acct: 9040 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |

13-24806 Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: ? | | | | |
|   NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   RAS CRANE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS     39,663.29

TOTAL  
  CLAIMED     0.00  
  PRIORITY     15,659.73  
  SECURED     6,239.33  

Date: 06/25/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    SAMUEL T. WOODS<br>    NORA LEE WOODS<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>        vs.<br>    No Repondents. | Case No.:13-24806<br><br>Chapter 13<br><br>Document No.: |

### ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                      BY THE COURT:

                                                      _____
                                                      U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                           Case No. 13-24806-CMB
Samuel T. Woods                                                  Chapter 13
Nora Lee Woods
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: jhel              Page 1 of 2             Date Rcvd: Jun 26, 2019
                             Form ID: pdf900         Total Noticed: 14
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
db/jdb         +Samuel T. Woods,    Nora Lee Woods,    105 Church Avenue,    Pittsburgh, PA 15210-2209
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
cr             +The Bank of New York Mellon,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                Duluth, GA 30097-8461
13783536       +Borough of Mt. Oliver,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
13750213        C. B. Accounts, Inc.,    PO Box 56140,    Hauppauge, NY 11788-0139
13750214       +Chase,    P.O. Box 15299,    Wilmington, DE 19850-5299
14026255       +James A. Prostko, Esq.,    Phelan Hallinan LP,    Omni William Penn Place Office Tower,
                555 Grant Street, Suite 360,    Pittsburgh, PA 15219-4411
13772214       +NATIONSTAR MORTGAGE, LLC,    C/O WEINSTEIN, PINSON & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13750217        NCO Financial Systems/55,    P.O. Box 13570,    Philadelphia, PA 19101
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13750212       +E-mail/Text: kristin.villneauve@allianceoneinc.com Jun 27 2019 03:00:47      Alliance One,
                4850 Street Road, Suite 300,    Feasterville Trevose, PA 19053-6643
13750215       +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 27 2019 03:02:18      Credit Management,
                2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13806168       +E-mail/Text: kburkley@bernsteinlaw.com Jun 27 2019 03:02:46      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219-1908
13801222        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 27 2019 03:20:22
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Borough of Mt. Oliver
cr              Nationstar Mortgage as servicer for THE BANK OF NE
cr              THE BANK OF NEW YORK MELLON
cr              THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
14971546        The Bank of New York f/k/a The Bank of New York,    Nationstar Mortgage LLC ATTN: Bankruptcy
13750216*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
14026257*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    Attn: Jay Bray, CEO,
                350 Highland Drive,    Lewisville, TX  75067)
                                                                                         TOTALS: 5, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage as servicer for THE BANK OF NEW
               YORK MELLON f/k/a THE BANK OF NEW YORK, as successor in interest to JPMorgan Chase Bank, N.A.,
               f/k/a Bank One, National Association as Trustee for C bkgroup@kmllawgroup.com
```

```
District/off: 0315-2           User: jhel                  Page 2 of 2                  Date Rcvd: Jun 26, 2019
                               Form ID: pdf900             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK,
           as successor in interest to JPMorgan Chase Bank, N.A., f/k/a Bank One, National Association as
           Trustee for Centex Home Equity Loan Trust 2002-A bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Mt. Oliver jhunt@grblaw.com,
           cnoroski@grblaw.com
          Kevin M Buttery    on behalf of Creditor    The Bank of New York Mellon kbuttery@rascrane.com
          Matthew Gregory Brushwood    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Shawn N. Wright    on behalf of Joint Debtor Nora Lee Woods shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
           m
          Shawn N. Wright    on behalf of Debtor Samuel T. Woods shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
           m
                                                                                              TOTAL: 11
```