| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Samuel T. Woods** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx−xx−2247** <br> EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Nora Lee Woods** <br> First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx−xx−8867** <br> EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **13−24806−CMB** | | |

# Order of Discharge                                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Samuel T. Woods                              Nora Lee Woods

    <u>9/6/19</u>                                      **By the court:**    <u>Carlota M. Bohm</u>
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 13-24806-CMB
Samuel T. Woods                                                 Chapter 13
Nora Lee Woods
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: lfin               Page 1 of 2          Date Rcvd: Sep 06, 2019
                               Form ID: 3180W           Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2019.
```
db/jdb         +Samuel T. Woods,    Nora Lee Woods,    105 Church Avenue,    Pittsburgh, PA 15210-2209
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC.,    PO Box 630267,    Irving, TX  75063)
cr             +The Bank of New York Mellon,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
13783536       +Borough of Mt. Oliver,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13750213        C. B. Accounts, Inc.,    PO Box 56140,    Hauppauge, NY 11788-0139
14026255       +James A. Prostko, Esq.,    Phelan Hallinan LP,    Omni William Penn Place Office Tower,
                 555 Grant Street, Suite 360,    Pittsburgh, PA 15219-4411
13772214       +NATIONSTAR MORTGAGE, LLC,    C/O WEINSTEIN, PINSON & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13750217        NCO Financial Systems/55,    P.O. Box 13570,    Philadelphia, PA 19101
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 07 2019 02:18:09     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
13750212       +E-mail/Text: kristin.villneauve@allianceoneinc.com Sep 07 2019 02:17:55      Alliance One,
                 4850 Street Road, Suite 300,    Feasterville Trevose, PA 19053-6643
13750214       +EDI: CHASE.COM Sep 07 2019 06:13:00      Chase,    P.O. Box 15299,    Wilmington, DE 19850-5299
13750215       +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 07 2019 02:18:31      Credit Management,
                 2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13806168       +E-mail/Text: kburkley@bernsteinlaw.com Sep 07 2019 02:18:37      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13801222        EDI: PRA.COM Sep 07 2019 06:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
                                                                                                TOTAL: 6
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Mt. Oliver
cr              Nationstar Mortgage as servicer for THE BANK OF NE
cr              THE BANK OF NEW YORK MELLON
cr              THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
14971546        The Bank of New York f/k/a The Bank of New York,    Nationstar Mortgage LLC ATTN: Bankruptcy
13750216*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
14026257*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage, LLC,    Attn: Jay Bray, CEO,
                 350 Highland Drive,    Lewisville, TX  75067)
                                                                                   TOTALS: 5, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: lfin                Page 2 of 2               Date Rcvd: Sep 06, 2019
                               Form ID: 3180W            Total Noticed: 15


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage as servicer for THE BANK OF NEW
               YORK MELLON f/k/a THE BANK OF NEW YORK, as successor in interest to JPMorgan Chase Bank, N.A.,
               f/k/a Bank One, National Association as Trustee for C bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK,
               as successor in interest to JPMorgan Chase Bank, N.A., f/k/a Bank One, National Association as
               Trustee for Centex Home Equity Loan Trust 2002-A bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Mt. Oliver jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kevin M Buttery    on behalf of Creditor    The Bank of New York Mellon kbuttery@rascrane.com
              Matthew Gregory Brushwood    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Joint Debtor Nora Lee Woods shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              Shawn N. Wright    on behalf of Debtor Samuel T. Woods shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              Sindi  Mncina    on behalf of Creditor    THE BANK OF NEW YORK MELLON smncina@rascrane.com
                                                                                             TOTAL: 12
```