**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　SAMUEL T. WOODS<br>　NORA LEE WOODS<br>　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:13-24806<br><br>Chapter 13<br><br>Related to Dkt. No. 81 |

## ORDER OF COURT

　AND NOW, this ___6th___ day of ___September___, 20_19_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE    **jah**

FILED
9/6/19 1:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 13-24806-CMB
Samuel T. Woods                                                   Chapter 13
Nora Lee Woods
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: lfin            Page 1 of 2              Date Rcvd: Sep 06, 2019
                               Form ID: pdf900       Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2019.
db/jdb         +Samuel T. Woods,   Nora Lee Woods,   105 Church Avenue,   Pittsburgh, PA 15210-2209
cr              Duquesne Light Company,   c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
cr            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,   PO Box 630267,   Irving, TX  75063)
cr             +The Bank of New York Mellon,   RAS Crane, LLC,   10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
13783536       +Borough of Mt. Oliver,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13750213        C. B. Accounts, Inc.,   PO Box 56140,   Hauppauge, NY 11788-0139
13750214       +Chase,   P.O. Box 15299,   Wilmington, DE 19850-5299
14026255       +James A. Prostko, Esq.,   Phelan Hallinan LP,   Omni William Penn Place Office Tower,
                 555 Grant Street, Suite 360,   Pittsburgh, PA 15219-4411
13772214       +NATIONSTAR MORTGAGE, LLC,   C/O WEINSTEIN, PINSON & RILEY, P.S.,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13750217        NCO Financial Systems/55,   P.O. Box 13570,   Philadelphia, PA 19101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13750212       +E-mail/Text: kristin.villneauve@allianceoneinc.com Sep 07 2019 02:17:55     Alliance One,
                 4850 Street Road, Suite 300,   Feasterville Trevose, PA 19053-6643
13750215       +E-mail/Text: bdsupport@creditmanagementcompany.com Sep 07 2019 02:18:31    Credit Management,
                 2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13806168       +E-mail/Text: kburkley@bernsteinlaw.com Sep 07 2019 02:18:37    Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13801222        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 07 2019 02:26:22
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Mt. Oliver
cr              Nationstar Mortgage as servicer for THE BANK OF NE
cr              THE BANK OF NEW YORK MELLON
cr              THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
14971546        The Bank of New York f/k/a The Bank of New York,   Nationstar Mortgage LLC ATTN: Bankruptcy
13750216*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,   350 Highland Drive,   Lewisville, TX 75067)
14026257*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,   Attn:  Jay Bray, CEO,
                 350 Highland Drive,   Lewisville, TX 75067)
                                                                                   TOTALS: 5, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage as servicer for THE BANK OF NEW
               YORK MELLON f/k/a THE BANK OF NEW YORK, as successor in interest to JPMorgan Chase Bank, N.A.,
               f/k/a Bank One, National Association as Trustee for C bkgroup@kmllawgroup.com

```
District/off: 0315-2           User: lfin                  Page 2 of 2                  Date Rcvd: Sep 06, 2019
                               Form ID: pdf900             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          James  Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as successor in interest to JPMorgan Chase Bank, N.A., f/k/a Bank One, National Association as Trustee for Centex Home Equity Loan Trust 2002-A bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor   Nationstar Mortgage, LLC. pawb@fedphe.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Mt. Oliver jhunt@grblaw.com, cnoroski@grblaw.com
          Kevin M Buttery    on behalf of Creditor    The Bank of New York Mellon kbuttery@rascrane.com
          Matthew Gregory Brushwood    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Shawn N. Wright    on behalf of Joint Debtor Nora Lee Woods shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
          Shawn N. Wright    on behalf of Debtor Samuel T. Woods shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
          Sindi  Mncina    on behalf of Creditor    THE BANK OF NEW YORK MELLON smncina@rascrane.com

                                                                                        TOTAL: 12